IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES A. BUSH**                                                                                     **PLAINTIFF**

V.                                        NO. 4:20-CV-197-DMB-JMV

**DEPARTMENT OF VETERANS AFFAIRS**                                **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 30, 2021, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending this case be dismissed for Charles Bush's failure to respond to the Court's order requiring him to show cause why he has not effectuated service of process of his complaint. Doc. #6. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [6] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of October, 2021.

                                                      /s/Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**