IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES A. BUSH**                                                                           **PLAINTIFF**

**V.**                                                **NO. 4:20-CV-197-DMB-JMV**

**DEPARTMENT OF VETERANS AFFAIRS**                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Order Adopting Report and Recommendation" entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of October, 2021.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**